IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JORGE LUIS CENTENO,

    *Petitioner*,

    v.                                    No. 2:26-cv-00521-SMD-DLM

PAMELA BONDI, *et al.*,

    *Respondents*.

### ORDER TO ANSWER AND ENJOINING THE TRANSFER OF PETITIONER OUT OF DISTRICT

Before the Court is the Verified Petition for Writ of Habeas Corpus ("Petition"), filed on February 22, 2026, by Petitioner Jorge Luis Centeno. Doc. 1. Petitioner, a citizen of Nicaragua, is currently detained by Immigration and Customs Enforcement ("ICE") at the Otero County Processing Center. *See id*. ¶¶ 1, 8.

Petitioner has resided in the United States since October of 2022 and is a resident of Willmar, Minnesota. *Id*. ¶ 12. On January 19, 2026, ICE agents arrested Petitioner in a Goodwill parking lot. *Id*. ¶ 20. A witness's video recording of the arrest captures the witness requesting a warrant 11 times; no warrant was produced. *Id*. ¶ 21. Petitioner represents that at one point during the recording, an ICE agent states, "We don't need a warrant." *Id*. Petitioner did not resist the arrest. He was detained in Minnesota and Texas before being transferred to New Mexico. *Id*. ¶ 22.

Petitioner has a pending asylum application and is not subject to a final order of removal. *Id*. ¶ 15. Although an immigration judge granted Petitioner voluntary departure on February 12, 2025, Petitioner represents that he did not sign the order knowingly, voluntarily, or intelligently. *Id*. ¶ 16. Instead, he alleges that an ICE agent pressured him into signing the document and asserts his intent to file an appeal. *Id*.

Petitioner alleges that he received a work permit in April 2024 and has since maintained lawful, full-time employment at Jennie-O, a turkey processing facility in Willmar. *Id.* ¶ 18. Petitioner represents that he has "no significant criminal history." *Id.* Finally, Petitioner alleges that he suffers from angina, a heart condition that causes tightness in his chest and difficulty breathing. *Id.* ¶ 19. Petitioner maintains that his continued detention has aggravated this condition. *Id.*

Petitioner seeks immediate release, or, in the alternative, a prompt and constitutionally adequate bond hearing based on three counts: (1) violations of his Fifth Amendment Due Process rights; (2) the contention that he is detained under 8 U.S.C. § 1226 and not 8 U.S.C. § 1225(b)(2); and (3) Respondents' violations of the Administrative Procedure Act. *See id.* ¶¶ 34–43, 44–45, 46–52.

**IT IS THEREFORE ORDERED** that Respondents shall answer the Petition no later than March 9, 2026, at 5:00 p.m., and shall show cause why the requested relief should not be granted. If Petitioner elects to file an optional reply, he must do so within three business days after Respondents' answer is filed.

**IT IS FURTHER ORDERED** that the Government is enjoined from transferring Petitioner from the District of New Mexico while these proceedings remain pending, absent express written authorization from this Court.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**