**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JORGE LUIS CENTENO,

Petitioner,

v. No. 2:26-cv-00521-SMD-DLM

PAMELA BONDI, et al.,

Respondents.

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Motion to Dismiss (Doc. 17), Final Judgment is hereby entered in favor of Respondents Pamela Bondi, Kristi Noem, Todd M. Lyons, and David Easterwood, and against Petitioner Jorge Luis Centeno. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**